**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re Kincaid, et al** | ) <br> ) <br> ) <br> ) <br> )   **Civ.S-07-1209 LEW** <br> )   <u>**NOTICE**</u> <br> ) <br> ) |

   **YOU ARE HEREBY NOTIFIED** that Judge Lew ordered the following with respect to the above-entitled action:

   The parties shall show cause within TWENTY-ONE (21) DAYS of the date

of this notice why the court should/should not dismiss this action for

failure to perfect the appeal.


Dated: 7/25/2007                                Victoria Minor,  Clerk
                                                             By:

                                                                          /s/
                                                        _____
                                                        H. A. Vine
                                                        Courtroom Clerk